## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAFAEL ABREAU<br><br>　　　　　Plaintiff,<br>v.<br><br>SCOTT ERFE, ET AL.<br><br>　　　　　Defendants. | Case No.: 3:17-CV-02146-AWT<br><br><br><br><br>MARCH 30, 2021 |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The undersigned respectfully moves this Court for permission to withdraw his appearance on behalf of the plaintiff, Rafael Abreau, in this action. In support of this Motion, the undersigned states as follows:

1. On October 30, 2020, undersigned was appointed pro bono counsel pursuant to the court's order (Doc. 62) in this action (the "Appointment");

2. Undersigned counsel apologizes to the Court for the late submission of this motion under D. Conn. L. Civ. R. 83.10 and moves for permission to do so for the following reasons:

    a. The undersigned is a co-owner of Connecticut Trial Firm, LLC and is solely responsible for the management of the firm's litigation practice.

    b. The COVID-19 pandemic has placed persistent and significant pressure on the undersigned as a litigator and a co-owner of a small business, requiring constant planning and operational changes to support the firm's employees and their families, as well as his own.

1

    c. The undersigned is presently ineligible for the COVID-19 vaccine and shares a home with members of vulnerable groups, making client visits impossible.

    d. The undersigned was alerted to this appointment when the Court's clerk e-mailed to inquire about the filing of an appearance or a withdrawal and this motion followed.

The undersigned is understanding of his obligations to the Court and to the District of Connecticut pursuant to Local Rule 83.10, and the Court's interest in providing assistant to unrepresented litigants, but respectfully requests that he be allowed to withdraw as counsel in the present case and be considered for reappointment with the Court after the pandemic.

WHEREFORE, the undersigned hereby moves for permission to withdraw as counsel in this case for plaintiff, Rafael Abreau.

Dated: March 30, 2021

                Respectfully submitted,

                /s/ Andrew P. Garza
                Andrew P. Garza, Esq. (Fed. Bar # ct29260)
                andrew@cttrialfirm.com
                Connecticut Trial Firm, LLC
                437 Naubuc Avenue, Suite 107
                Glastonbury, CT 06033
                (860) 471-8333

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew P. Garza
Andrew P. Garza, Esq.